IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
FEB 16 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| Darci Forrester and Keith Forrester, individually; C.F., a minor child, by and through his parents and next friends, Darci Forrester and Keith Forrester,<br><br>Plaintiffs,<br><br>v.<br><br>INDEPENDENT SCHOOL DISTRICT NO. 19 OF CARTER COUNTY, STATE OF OKLAHOMA, a/k/a Ardmore City Schools, a political subdivision,<br><br>Defendant. | Case No. 16-cv-00131-KEW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice to refiling pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DELLUOMO & CROW

/s/ _____
Steven W. Crow /5676
6812 North Robinson Ave.
Oklahoma City, OK 73116
Telephone: (405) 843-0400
Facsimile: (405) 843-5005
swcrowesq@aol.com

Attorney for Plaintiffs

ROSENSTEIN, FIST & RINGOLD

/s/ _____
Kent B. Rainey, OBA No. 14619
Staci L. Roberds, OBA No. 18985
525 South Main, Suite 700
Tulsa, OK 74103
Telephone: (918) 585-9211
Facsimile: (918) 583-5617
borainey@rfrlaw.com
sroberds@rfrlaw.com

Attorneys for Defendant Ardmore City Schools

## CERTIFICATE OF SERVICE

I hereby certify that on February ____, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven W. Crow
DELLUOMO & CROW
6812 North Robinson Ave.
Oklahoma City, OK 73116
Telephone: (405) 843-0400
Facsimile: (405) 843-5005
swcrowesq@aol.com

Attorney for Plaintiffs

s/ _____
Kent B. Rainey